Serial: **261343**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 89-R-99015-SCT

**FILED**

FEB 0 3 2026

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

### *IN RE: LOCAL RULES*

### CORRECTED EN BANC ORDER

Before the en banc Court is Judges Kiley Kirk and Doug Crosby's Motion for Approval of Local Rules (Motion No. 2025-3462).

After due consideration, we find that the motion should be granted as set forth in the attached Exhibit A.

IT IS, THEREFORE, ORDERED that the motion is granted as set forth in the attached Exhibit A. The amendments are effective thirty days after this order's entry. *See* Am. Order Adopting Local Rules, No. 80CH1:25-cv-01000 (6th Chancery Ct. Dist. Oct. 17, 2025) (MEC No. 23).

IT IS FURTHER ORDERED that the Clerk of this Court must spread this order upon the minutes of the Court and send a certified copy to West Publishing Company for publication in the advance sheets of *Southern Reporter, Third Series (Mississippi Edition)*, and in the next edition of the *Mississippi Rules of Court*.

SO ORDERED, this the ____3____ day of February, 2026.

JOSIAH DENNIS COLEMAN,
PRESIDING JUSTICE
FOR THE COURT

TO GRANT: ALL JUSTICES.

## LOCAL RULES
## FOR
## SIXTH CHANCERY COURT DISTRICT OF MISSISSIPPI

Pursuant to Rule 83 of the Mississippi Rules of Civil Procedure and Uniform Chancery Court Rule 1.06, the following rules shall govern practice and procedure in the Sixth Chancery Court District, subject to Supreme Court approval.

### I.   ASSIGNMENT OF TERMS OF COURT

The terms of Court of this District are assigned to the Judges as follows:

| County | Term | Duration | Judge |
|---|---|---|---|
| Attala County | 2nd Mon., January, | 2 weeks --------- | Kirk |
| | 2nd Mon., April, | 1 week --------- | ~~Kilgore~~ Crosby |
| | 2nd Mon., July, | 2 weeks --------- | ~~Kilgore~~ Crosby |
| | 2nd Mon., October, | 1 week --------- | Kirk |
| Carroll County, 1st District (Carrolton) | 4th Mon., January, | 1 week --------- | ~~Kilgore~~ Crosby |
| | 4th Mon., June, | 1 week --------- | Kirk |
| Carroll County, 2nd District (Vaiden) | 3rd Mon., April, | 1 week --------- | Kirk |
| | 3rd Mon., October, | 1 week --------- | ~~Kilgore~~ Crosby |
| Choctaw County | 3rd Mon., March, | 1 week --------- | Kirk |
| | 3rd Mon., June, | 1 week --------- | ~~Kilgore~~ Crosby |
| | 3rd Mon., September, | 1 week --------- | ~~Kilgore~~ Crosby |
| | 3rd Mon., December, | 1 week --------- | Kirk |
| Kemper County | 2nd Mon., March, | 1 week --------- | Kirk |
| | 2nd Mon., June, | 1 week --------- | ~~Kilgore~~ Crosby |
| | 2nd Mon., September, | 1 week --------- | ~~Kilgore~~ Crosby |
| | 2nd Mon., December, | 1 week --------- | Kirk |

| Neshoba County | 4th Mon., February, | 1 week ---------- | ~~Kilgore~~ Crosby |
| | 4th Mon., May, | 2 weeks ---------- | Kirk |
| | 4th Mon., August, | 1 week ---------- | Kirk |
| | 4th Mon., November, | 2 weeks ---------- | ~~Kilgore~~ Crosby |
| Winston County | 3rd Mon., January, | 1 week ---------- | ~~Kilgore~~ Crosby |
| | 4th Mon., March, | 2 weeks ---------- | ~~Kilgore~~ Crosby |
| | 4th Mon., July, | 1 week ----------- | Kirk |
| | 4th Mon., September, | 1 week ----------- | Kirk |

## II.   ASSIGNMENT OF CASES TO JUDGES

A.1 – After the approval of these Rules by the Supreme Court, all cases except Youth Court, Mental Commitments and Drug and Alcohol Commitments will continue to be assigned to a Judge immediately upon the filing of the complaint by the use of a web based Computer program which shall be programmed to randomly select judges by a software algorithm which shall duplicate a mathematical random selection. The Clerk shall obtain the random judge selection by accessing web address www.courttools.com or some other web address which may be designated by this Court by Order of the Judges of this District and forwarded to the Clerks of the Sixth Chancery District. Access to the random judge selection function of the web address shall be by unique User ID and Password for each eClerk. After obtaining a judge assignment, the Clerk shall print the judge assignment from the web page and docket and file assignment as the first document in the court file. Once a case is so assigned to a jJudge, only the jJudge to whom it is assigned will consider the matter, **EXCEPT**: (1) where the jJudge must recuse himself for good cause, (2) where the jJudge to whom it is assigned will be unavailable for at least five days to consider the matter for reasons such as sickness, duties outside the district, seminars and vacations, then the other jJudge may

consider emergency matters, ex parte matters and uncontested or agreed matters. When a ~~j~~Judge has signed an order under the above exception, it shall remain the case of the ~~j~~Judge to whom it was originally assigned.

Any order entered by the ~~j~~Judge to whom a case is not assigned under the provision of said item (2) above, shall contain an explanation of the basis for the non-assigned ~~j~~Judge signing the order.

A.2 – If either Judge ~~Kilgore~~ Crosby or Judge Kirk is assigned a case wherein recusal is necessary, the case shall be automatically assigned to the other Judge. To compensate for the reassignment, the next case assigned to the Judge that got the reassigned case, shall be automatically assigned to the other Judge. Both Judges shall be notified immediately by the Clerk when this procedure is utilized.

A.3 – In situations involving matters arising from the same set of facts or involving the same family that are filed and result in multiple causes, all such cases shall be assigned to the Judge to whom the first case filed was assigned.

B. Because of the urgency of mental, alcohol and drug commitments they shall be assigned by the ~~c~~Clerk to the most readily available ~~j~~Judge. However, the first attempt shall be made to assign all of such cases in Attala, ~~Kemper, and Neshoba~~ Carroll, and Choctaw Counties to Judge ~~Kilgore~~ Crosby and all of such cases in ~~Carroll, Choctaw, and~~ Winston, Kemper, and Neshoba Counties to Judge Kirk.

C. Youth Court cases and cases filed under §41-41-53 Miss. Code of 1972, Annotated, from Attala, ~~Kemper, and Neshoba~~ Carroll and Choctaw Counties shall be assigned to Judge ~~Kilgore~~ Crosby. Youth Court cases and cases filed under §41-41-53 Miss. Code of 1972, Annotated, from ~~Carroll, Choctaw and~~ Winston, Kemper, and Neshoba Counties shall be assigned to Judge Kirk.

4

This system shall be used because many of these are urgent matters and there is need for coordination between the Court, the County Attorney, the Department of Human Services and Law Enforcement. In cases involving shelter hearings and detention hearings which are urgent, the other jJudge may hear the case when the designated Youth Court Judge is not available.

D. All cases heretofore assigned to Judge Love or Judge Fenwick are hereby assigned to Judge Kirk, except that all cases assigned to Judge Love or Judge Fenwick in which Kiley C. Kirk served as counsel shall automatically be assigned to Judge ~~Kilgore~~ Crosby. All cases heretofore assigned to Judge Prisock, ~~or~~ Judge Kilpatrick, or Judge Kilgore are hereby assigned to Judge ~~Kilgore~~ Crosby, except that all cases assigned to Judge Prisock, ~~or~~ Judge Kilpatrick, or Judge Kilgore in which ~~Joseph Kilgore~~ Doug Crosby served as counsel shall automatically be assigned to Judge Kirk.

## III. TRIAL SETTINGS

A. Pursuant to Rule 40 of the Mississippi Rules of Civil Procedure, matters other than Motions and initial Rule 81 matters may be set for trial by the following methods.

1. On order of the Court upon request of counsel for all parties, any contested matter may be set for trial at any time with the approval of the Chancellor or Court Administrator. When an attorney receives a particular date, he is representing to the Court that the case is ready for trial on that date and no impediment exists to a trial on that date. A matter is not firmly set for a date until an order is signed by the Judge setting it.

2. On motion of any party for a trial setting as provided by MRCP 40(a), after duly giving notice of a hearing on such motion, the Court will enter an order setting the matter for trial, if it determines the matter is ready for trial.

B. Motions may be noticed for hearing on Motion Days or at such other times as can be arranged with the Court.

C. Settings for Rule 81(d)(5) actions:

In any action instituted under the provisions of Rule 81(d)(5) summons may be issued returnable to a Motion Day established in these rules. No special order shall be required to so set such cases. However, it should be noted that such a date is a return date only and this date should not be considered a firm trial date, but a date at which uncontested matters may be heard and matters which require very short hearings, normally less than thirty (30) minutes, may be heard. Other cases will be continued to a day certain at a time and place convenient to the attorneys and the Court. Cases set pursuant to Rule 81(d)(5) which are not made returnable to a Motion Day shall require a Special Order setting the same.

D. Uncontested fault ground divorces and irreconcilable difference divorces will be heard only during regular Terms of Court, on the Motion Days hereinafter designated, or on a day when the cause is scheduled for trial as a contested matter. Excepting irreconcilable differences divorces, which may be presented in any county within the district, contested fault based divorces will only be heard in the county where they are filed. In Carroll County, fault ground divorces will be heard in the district where they are filed. As provided in Rule 8.05 of the Uniform Chancery Rules, each party in every domestic case involving economic issues shall file with the Court and provide the opposite party or counsel, if known, the disclosures required by said rule.

E. Ex parte matters will be considered on the Motion Days hereinafter designated or at such other times as may be scheduled by the Court.

## IV.    MOTION PRACTICE

The Court will hold Motion Days as prescribed by Rules 78 and 83 of the Rules of Civil Procedure in each county of the district each month. Any party may notice a motion for hearing on any of these days. A copy of the notice of hearing on a motion should be mailed, faxed or e-mailed to the Chancellor who is to hear the motion. If all matters noticed for a particular Motion Day cannot be heard on that day, an order will be entered on that day continuing them to another day, and the entry of such continuance order shall constitute notice to all parties who have notice of the hearing of the new time and place for hearing.

The following days are hereby designated as Motion Days for this District:

FOR CHANCELLOR ~~JOSEPH KILGORE~~ DOUG CROSBY:

ATTALA COUNTY - the second and fourth Thursdays of each month in the Chancery Court Building in Kosciusko at 9:00 A.M.

CARROLL COUNTY FIRST JUDICIAL DISTRICT - the second Wednesday of each month at 9:30 A.M. in Carrollton.

CARROLL COUNTY SECOND JUDICIAL DISTRICT - the second Wednesday of each month at 1:30 P.M. in Vaiden.

CHOCTAW COUNTY - the fourth Wednesday of each month at 9:00 A.M. in Ackerman.

KEMPER COUNTY - ~~the third Tuesday of each month in the Courthouse in DeKalb at 9:00 A.M.~~ Beginning November 2024, the third Tuesday of each month in the Courthouse in DeKalb at 9:30 A.M.

NESHOBA COUNTY - the first and third Thursdays of each month in the Courthouse in Philadelphia at 9:00 A.M.

WINSTON COUNTY - the first and third Wednesdays of each month in the Courthouse in Louisville at 9:00 A.M.

FOR CHANCELLOR KILEY C. KIRK:

ATTALA COUNTY - the first and third Thursdays of each month in the Chancery Court Building in Kosciusko at 9:00 A.M.

CARROLL COUNTY FIRST JUDICIAL DISTRICT - ~~the first Tuesday of each month in the Courthouse in Carrollton at 9:00 A.M. Beginning July 2019, the first Tuesday of each~~

7

~~month in the Courthouse in Carrollton at 9:30 A.M.~~ the first Tuesday of each month in the Courthouse in Carrollton at 9:30 A.M.

CARROLL COUNTY SECOND JUDICIAL DISTRICT - the first Tuesday of each month in the Courthouse in Vaiden at 1:00 P.M.

CHOCTAW COUNTY - the second Tuesday of each month in the Courthouse in Ackerman at 9:00 A.M.

KEMPER COUNTY - ~~the first Monday of each month in the Courthouse in DeKalb at 9:30 A.M.~~ Beginning November 2024, the first Monday of each month in the Courthouse in DeKalb at 9:00 A.M.

NESHOBA COUNTY - ~~the second Wednesday and fourth Thursdays of each month in the Courthouse in Philadelphia at 9:00 A.M. Beginning July 2019, the second Wednesday and fourth Tuesday of each month in the Courthouse in Philadelphia at 9:00 A.M.~~ the second Wednesday and fourth Tuesday of each month in the Courthouse in Philadelphia at 9:00 A.M.

WINSTON COUNTY - ~~the second Thursday of each month in the Courthouse in Louisville at 9:00 A.M. Beginning in July 2019, the second and fourth Thursdays of each month in the Courthouse in Louisville at 9:00 A.M.~~ the second and fourth Thursdays of each month in the Courthouse in Louisville at 9:00 A.M.

## V.    NOTICE REQUIREMENTS

A.  It shall be the duty of each attorney who obtains a trial setting, who obtains the continuance of a setting, or who obtains a dismissal of an action to notify the Clerk, Judge and Court Reporter of the time and place of such settings and of any cancellation or change in setting dates.

B.  On motions for modification of divorce judgements and for contempt citations, notice to the attorney of record at the preceding hearing in the matter will not be sufficient. In theses matters notice shall be given to the last counsel of record and summons shall be issued to the respondent to said Motion.

## VI.    ADMINISTRATIVE MATTERS

The Chancery Clerks of the District are to retain in their possession and control all court files, and no attorney or other person shall be allowed to take court files out of the eClerk's offices except

by special order of the Chancellor to whom the case is assigned, or where the attorney representing one of the parties to the action removes the file to take it to the Chancellor in another county of the district when a hearing in the matter is set for the other county. All files so removed from the eClerk's office by the attorney shall be returned within twenty-four business hours of the time of removal, except in the case of a multiple day trial. Nothing in this rule shall prohibit the eClerk from making copies of documents in the court file except as prohibited by law in confidential matters or where a file has been ordered sealed.